

FILED
2010 MAY 14 AM 9 57

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| RICHARD BURKHART, | |
| Petitioner, | No. CV-10-20-GF-SEH |
| vs. | **ORDER** |
| MIKE MAHONEY; ATTORNEY GENERAL OF THE STATE OF MONTANA, | |
| Respondents. | |

United States Magistrate Keith Strong entered his Findings and Recommendations[1] on April 2, 2010. Petitioner filed objections on April 12,

---

[1] Document No. 5.

2010[2]. The Court reviews *de novo* findings and recommendation to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. The Petition[3] is DISMISSED with prejudice.

2. A certificate of appealability is DENIED.

3. The Clerk of Court is directed to close this matter and enter judgment accordingly.

DATED this 14th day of May, 2010.

SAM E. HADDON
United States District Judge

---

[2] Document No. 6.

[3] Document No. 1.